Argued and submitted March 9, affirmed by an equally divided court
November 24, 1995, reconsideration denied January 23, 1996

UTILITY REFORM PROJECT,
*Petitioner,*

*v.*

ENERGY FACILITY SITING COUNCIL,
Portland General Electric Company, and
Oregon Department of Fish and Wildlife,
*Respondents.*

(SC S41778 (Control))

DON'T WASTE OREGON COUNCIL
and Colleen O'Neil,
*Petitioner,*

*v.*

ENERGY FACILITY SITING COUNCIL,
Portland General Electric Company, and
Oregon Department of Fish and Wildlife,
*Respondents.*

(SC S41779)
(Cases Consolidated)

905 P2d 1154

Daniel W. Meek, Portland, argued the cause for petitioners Don't Waste Oregon Council and Colleen O'Neil. With him on the brief was Linda K. Williams, Portland.

Linda K. Williams, Portland, argued the cause for petitioner Utility Reform Project. With her on the brief was Daniel W. Meek, Portland.

John T. Bagg, Assistant Attorney General, Salem, argued the cause for respondents Energy Facility Siting Council and Oregon Department of Fish and Wildlife. With him on the response were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

J. Jeffrey Dudley, Portland, argued the cause and filed the response for respondent Portland General Electric Company.

Before Carson, Chief Justice, and Gillette, Van Hoomissen, Fadeley, Unis, and Durham, Justices.*

MEMORANDUM OPINION

Affirmed by an equally divided court.

---

* Graber, J., did not participate in this decision.